Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Northern  District of Alabama

FILED

2017 OCT 12  P 2:45

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| Renika Baggage <br> *Plaintiff* <br> *(Write your full name. No more than one plaintiff may be named in a pro se complaint.)* <br><br> -v- <br><br><br> Alabama Dept. of Human Resources <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☐ No <br><br> **1:17-cv-01740-VEH** |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                  Renika Baggage
Street Address        1040 Old Kellyton Road
City and County       Alexander City, Alabama Tallapoosa County
State and Zip Code    AL, 35010
Telephone Number      (404) 320-7505
E-mail Address        Renikabaggage @ yahoo.com

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☑ **Check here to receive electronic notice through the email listed above.  By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint.  The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.**

10/12/17
**Date**

*Renika Baggage*
**Participant Signature**

## B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Alabama Dept. of Human Resources — Sam Smith |
| Job or Title *(if known)* | Director — Calhoun County |
| Street Address | 50 N. Ripley Street |
| City and County | Montgomery — Montgomery County |
| State and Zip Code | AL, 36130 |
| Telephone Number | (334) 242-1780 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

Defendant No. 4

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address *(if known)* _____

**C.**  **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

    Name     Alabama Dept. of Human Resources

    Street Address     415 West 11th Street

    City and County     Anniston – Calhoun County

    State and Zip Code     AL, 36202

    Telephone Number     (256) 240 - 2100

**II.**  **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*: Title V, Section 503 – retaliation

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☑   Relevant state law *(specify, if known)*:

Title VII of the Civil Rights Act of 1964, Title I of the American's w/ Disability Act, Title V, Section 503 Act.

☐   Relevant city or county law *(specify, if known)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.

☑   Termination of my employment.

☐   Failure to promote me.

☑   Failure to accommodate my disability.

☐   Unequal terms and conditions of my employment.

☑   Retaliation.

☐   Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

February 18, 2016

C.   I believe that defendant(s) *(check one)*:

☐   is/are still committing these acts against me.

☑   is/are not still committing these acts against me.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race _Black_

☐ color _____

☐ gender/sex _____

☐ religion _____

☐ national origin _____

☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☑ disability or perceived disability *(specify disability)*
_American w/ Disability – Mental health_

E.   The facts of my case are as follows. Attach additional pages if needed.

_See attached EEOC Charge._

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV.   **Exhaustion of Federal Administrative Remedies**

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_February 19, 2016 and November 1, 2016_

B.   The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* _July 12, 2017_

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐  60 days or more have elapsed.
☐  less than 60 days have elapsed.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff is asking the court to awarded her money for loss wages, mental distress, and reimbursement of attorney fees and cost of court in the amount that the judge feels is appropriate for loss of wages, mental distress, and attorney fees.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   10|12|17

Signature of Plaintiff   *Renika Braggage*
Printed Name of Plaintiff   *Renika Baggage*

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

**B.**      **For Attorneys**

Date of signing:        _____

Signature of Attorney      _____

Printed Name of Attorney      _____

Bar Number      _____

Name of Law Firm      _____

Street Address      _____

State and Zip Code      _____

Telephone Number      _____

E-mail Address      _____



# A G R I C O L A · L A W

Barbara H. Agricola*
*Also admitted in Georgia
barbara@agricolalaw.com
www.agricolalaw.com

127 South 8th Street
Opelika, Alabama 36801
Phone: 334.759.7557
Fax: 334.759.7558

August 4, 2017

Dear Renika:

I am writing to inform you that my law firm, Alsobrook & Agricola, LLC, is in the process of a dissolution. As a result, Zach Alsobrook and I will no longer be practicing law together. Zach will continue to practice at the current location, 126 South 8th Street, Opelika, Alabama 36801. As you can see, I have not gone far – I am literally across the street.

Every one of my clients is very important to me and I plan to continue representing you to the best of my ability. Pursuant to the Alabama Rules of Professional Conduct, I am required to inform you that you have three options going forward: you can continue having me represent you in your case; you can move to have Zach Alsobrook represent you in your case; or you can move to a different attorney to represent you.

I have all of your files, records, and my notes and legal research in my possession currently. If you choose to allow me to continue representing you in your case, then nothing will change. However, if you choose to change and have Zach Alsobrook or another attorney represent you, then I will return your file to you so you can proceed as you wish.

I have been honored to represent you previously and I am honored to continue representing you going forward. I have always practiced law with the goal that my clients view me as their forever "family lawyer," so that if any legal issues come up, I am called. I sincerely hope that you allow me to continue as your attorney. Should you wish to proceed differently, please contact me at my new office, 334.759.7557, or by email at barbara@agricolalaw.com, or through my paralegal, Emily, at emily@agricolalaw.com. You can also reach me on my cell at 205.937.2272. Should you have any questions, please do not hesitate to contact me. Thank you.

Very truly yours,

Barbara H. Agricola

BHA/eeh



## A G R I C O L A · L A W

Barbara H. Agricola*
*Also admitted in Georgia
barbara@agricolalaw.com
www.agricolalaw.com

127 South 8th Street
Opelika, Alabama 36801
Phone: 334.759.7557
Fax: 334.759.7558

August 8, 2017

**VIA U.S. MAIL**
Ms. Renika Baggage
1040 Old Kellyton
Alexander City, Alabama 35010

      RE:    **EEOC Charge No.: 420201700315**
              **Our File No.: 200.232**

Dear Ms. Baggage:

Allow me to first thank you for the confidence that you expressed in my law firm representing you in your potential disability discrimination and retaliation case, which occurred during your employment with the Calhoun County Department of Human Resources through the State of Alabama that began on or around March 2017. Regrettably, this letter is to officially inform you, my firm has decided not to proceed with the potential lawsuit. This decision comes after reviewing all of the facts and evidence. I am sorry that I am unable to assist you in this matter going forward.

To the extent that you wish to pursue a second opinion on this matter, please feel free to do so. Just because I cannot proceed further on your case does NOT mean that you do not have a potential lawsuit. I encourage to seek other attorneys to see if they will pursue your claim. Please remember that there is a statute of limitations for your claim, which is TWO YEARS from the date of the accident. If a suit is not brought BEFORE the two years runs, your claim will be forever barred. Thank you again for contacting my law firm. I do not take your decision to retain me for granted. Please keep me in mind in the future if you, a friend, or a loved one needs legal advice or representation. In the meantime, I wish you the best of luck in your future endeavors.

If you have any questions, please do not hesitate to contact me. Thank you.

Very truly yours,

Barbara H. Agricola

BHA/eeh

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 420-2016-01277 |

and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Renika Baggage** | **(256) 675-9370** | ▬ |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **1040 Old Kellyton Road, Alexander City, AL 35010** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **ALABAMA DEPARTMENT OF HUMAN RESOURCES** | **101 - 200** | **(256) 240-2101** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **415 W 11th Street,  Anniston, AL 36202** | | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

RECEIVED
FEB 1 9 2016
E.E.O.C.
BIRMINGHAM DISTRICT

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN

☒ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **08-27-2015**   Latest **02-18-2016**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a Black, disabled employee. I have been employed by the above named employer since June 2013, as a Financial Support Worker, and have performed my job in an exemplary manner. I filed a charge of discrimination with the Commission in September 2015.  Since the filing of that charge I have been constantly harassed and the terms and condition of my employment have changed.

My previous charge indicated that because of my request for FMLA, which was approved, I was isolated in placed in a position that never existed.  I requested a reasonable accommodation due to my condition and it was denied.  My employer did not engage in the interactive process to see if there were other accommodations that would allow me to perform my job.  Despite the denial I have still performed my job satisfactorily.

In January 2016, I was injured.  As a result I was off work for a two week period.  Upon return to work, I had been removed from my assignment and placed in another position.  Despite performing my job

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Feb 19, 2016**           *Renika Baggage* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date               Charging Party Signature | |



EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA | |
| | ☒ EEOC | **420-2016-01277** |
| | | and EEOC |

*State or local Agency, if any*

in an exemplary manner, I was still moved to another assignment.

My supervisor continues to harass and speak to me in a disrespectful manner. On February 18, 2016, I contacted the Director to try and obtain a copy of records in my personnel file. As a result of me contacting him I was called into his office and informed that I could not call him by his first name, Sam; I need to call him Mr. Smith. No other employee is treated in this manner. After being dismissed by Mr. Smith, I went back to my office. Within five minutes of being dismissed Mr. Smith and other managerial personnel came down to my office and he informed me instead of conducting research I need to focus on my job. I informed Mr. Smith that I was focusing on my job and my clients always get 100% from me, which is reflected in my work product. On February 19, 2016, I received an email from my employer stating that I needed to turn in FMLA paperwork for the two weeks I was off due to my accident and that I needed FMLA paperwork for February 16, 2016. I am already approved for intermittent FMLA . I was off work for two weeks previously due to an accident and no one required me to fill out FMLA paperwork. However, since I informed my employer that I am being retaliated against, I now am required to provide documentation that was not previously required. I have requested a meeting with legal department to discuss the harassment that I am enduring, but no one returns my call. All personnel in my supervisory chain are White.

I believe that I am being discriminated against because of my race, Black and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe that I am being discriminated against because of my disability and retaliation, in violation of the Americans with Disabilities Act of 1990, as amended.



RECEIVED
FEB 1 9 2016
E.E.O.C.
BIRMINGHAM DISTRICT

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Feb 19, 2016 _____ *Date*    Renika Braggage   *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |



EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2017-00315 |
| | | and EEOC |

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Renika Baggage** | **(256) 343-1221** | ▉▉▉▉ |

| Street Address | City, State and ZIP Code |
|---|---|
| **1040 Old Kellyton Road, Alexander City, AL 35010** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **ALABAMA DEPARTMENT OF HUMAN RESOURCES** | **101 - 200** | **(256) 240-2101** |

| Street Address | City, State and ZIP Code |
|---|---|
| **415 W 11th Street,  Anniston, AL 36202** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **08-31-2016**   Latest **11-01-2016**
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am an individual with a disability.  I have been employed with the above named employer since June 2014, as a Financial Support Worker.  I have filed two previous charges of discrimination against the above named employer (846-2015-37947, 420-2016-01277). From June 2016 until the end of August 2016, I was on Family Medical Leave (FMLA).  Upon my return to work, I was harassed about my attendance.  I have continuously provided medical excuses for my absences from work.  On October 6, 2016, I was informed that my FMLA entitlement expired effective September 23, 2016.  On October 7, 2016, I was placed on a Correction Action Plan.  I was also notified that I am required to work eight hours a day Monday through Friday.  On November 1, 2016, I was placed on mandatory annual leave/leave without pay, pending the outcome of an Administrative Hearing.

I believe that I have been discriminated against because of my disability, and in retaliation for engaging in a protected activity, in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| *Renika Baggage*<br>Nov 01, 2016<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

RECEIVED
NOV - 1 2016
E.E.O.C.
BIRMINGHAM DISTRICT



U.S. Department of Justice
Civil Rights Division
NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL
7003 0500 0002 5072 2753

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4701*
*Washington, DC 20530*

July 12, 2017

Ms. Renika Baggage
c/o Barbara H. Agricola, Esquire
Law Offices of Alsobrook & Agricola
126 South 8th Street
Opelika, AL  36801

Re:  EEOC Charge Against Alabama Dept. of Human Resources
     No. 420201700315

Dear Ms. Baggage:

    Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action against the above-named respondent under:  Title I of the Americans with Disabilities Act of 1990,  42 U.S.C. 12111, et seq., and,  Title V, Section 503 of the Act, 42 U.S.C. 12203.

    If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

    The investigative file pertaining to your case is located in the EEOC Birmingham District Office, Birmingham, AL.

    This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                              Sincerely,

                              T. E. Wheeler, II
                              Acting Assistant Attorney General
                              Civil Rights Division

                        by    *Karen L. Ferguson*
                              Karen L. Ferguson
                              Supervisory Civil Rights Analyst
                              Employment Litigation Section

cc: Birmingham District Office, EEOC
    Alabama Dept. of Human Resources



U.S. Department of Justice
Civil Rights Division
NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL
7003 0500 0002 5072 2753

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4701*
*Washington, DC 20530*

July 12, 2017

Ms. Renika Baggage
c/o Barbara H. Agricola, Esquire
Law Offices of Alsobrook & Agricola
126 South 8th Street
Opelika, AL  36801

Re:  EEOC Charge Against Alabama Dept. of Human Resources
      No. 420201700315

Dear Ms. Baggage:

    Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

    If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

    The investigative file pertaining to your case is located in the EEOC Birmingham District Office, Birmingham, AL.

    This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                        Sincerely,

                        T. E. Wheeler, II
                    Acting Assistant Attorney General
                        Civil Rights Division

                    by *Karen L. Ferguson*
                        Karen L. Ferguson
                    Supervisory Civil Rights Analyst
                    Employment Litigation Section

cc: Birmingham District Office, EEOC
    Alabama Dept. of Human Resources



U.S. Department of Justice

Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL

7003 0500 0002 5072 2753

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4701*
*Washington, DC 20530*

July 12, 2017

Ms. Renika Baggage
c/o Barbara H. Agricola, Esquire
Law Offices of Alsobrook & Agricola
126 South 8th Street
Opelika, AL  36801

Re:  EEOC Charge Against Alabama Dept. of Human Resources
     No. 420201601277

Dear Ms. Baggage:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action against the above-named respondent under:  Title I of the Americans with Disabilities Act of 1990,  42 U.S.C. 12111, et seq., and,  Title V, Section 503 of the Act, 42 U.S.C. 12203.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Birmingham District Office, Birmingham, AL.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                  Sincerely,

                                  T. E. Wheeler, II
                                  Acting Assistant Attorney General
                                  Civil Rights Division

                                  by  *Karen L. Ferguson*
                                       Karen L. Ferguson
                                  Supervisory Civil Rights Analyst
                                  Employment Litigation Section

cc: Birmingham District Office, EEOC
    Alabama Dept. of Human Resources



U.S. Department of Justice

Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL

7003 0500 0002 5072 2753

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4701*
*Washington, DC 20530*

July 12, 2017

Ms. Renika Baggage
c/o Barbara H. Agricola, Esquire
Law Offices of Alsobrook & Agricola
126 South 8th Street
Opelika, AL  36801

Re:  EEOC Charge Against Alabama Dept. of Human Resources
      No. 420201601277

Dear Ms. Baggage:

    Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

    If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

    The investigative file pertaining to your case is located in the EEOC Birmingham District Office, Birmingham, AL.

    This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                    Sincerely,

                    T. E. Wheeler, II
               Acting Assistant Attorney General
                 Civil Rights Division

         by *Karen C. Ferguson*

                   Karen L. Ferguson
              Supervisory Civil Rights Analyst
              Employment Litigation Section

cc: Birmingham District Office, EEOC
    Alabama Dept. of Human Resources